**EQT Production Company**
P.O. Box 23536
Pittsburgh, PA 15222
PH 412-395-3328, FAX 412-553-7820

Remittance Statement



ARNOLD K. RICHARDS
707 ROCK CAMP RD
HARRISVILLE WV  26362-7331

Owner Number:
Check Number:  1772696

| Prod. Date | Prod. Type | Int. Type | Net Price | Decimal Interest | Gross Volume / Owner Volume | Gross Revenue / Owner Revenue | Gross Taxes / Owner Taxes | Gross Deducts / Owner Deducts | Well Net Revenue / Owner Net |
|---|---|---|---|---|---|---|---|---|---|
| 15361 1/2016 | GAS | 515361 RI | 1.31 | .12500000 | AK RICHARDS    Ritchie, WV 1,832.00 229.00 | 2,408.56 301.07 | 102.40 12.80 | .00 .00 | 2,306.16 288.27 |
| 15362 1/2016 | GAS | 515362 RI | 1.32 | .12500000 | AK RICHARDS    Ritchie, WV 46.00 5.75 | 60.56 7.57 | 2.56 .32 | .00 .00 | 58.00 7.25 |
| 15372 1/2016 | GAS | 515372 RI | 1.31 | .12500000 | AK RICHARDS    Ritchie, WV 3,181.04 397.63 | 4,182.48 522.81 | 177.76 22.22 | .00 .00 | 4,004.72 500.59 |
| .5373 ./2016 | GAS | 515373 RI | 1.31 | .12500000 | AK RICHARDS    Ritchie, WV 945.04 118.13 | 1,242.16 155.27 | 52.80 6.60 | .00 .00 | 1,189.36 148.67 |
| .5375 ./2016 | GAS | WV 515375 RI | 1.33 | .12500000 | AK RICHA    Ritchie, WV 33.04 4.13 | 43.92 5.49 | 1.84 .23 | .00 .00 | 42.08 5.26 |
| | | | | Gross Totals: Net Totals: | 6,037.12 754.64 | 7,937.68 992.21 | 337.36 42.17 | .00 .00 Check Amount: | 7,600.32 950.04 950.04 |

rect any questions to Land Administration at the address/phone above.

**EXHIBIT 1**