**EQT Production Company**
P.O. Box 23536
Pittsburgh, PA 15222
PH: 412-395-3328; FAX: 412-553-7820

Remittance Statement

ARNOLD K. RICHARDS &
MARY L. RICHARDS
707 ROCK CAMP ROAD
HARRISVILLE WV  26362-7331



Owner Number:
Check Number:  1772775

| Prod. Date | Prod. Type | Int. Type | Net Price | Decimal Interest | Gross Volume / Owner Volume | Gross Revenue / Owner Revenue | Gross Taxes / Owner Taxes | Gross Deducts / Owner Deducts | Well Net Revenue / Owner Net |
|---|---|---|---|---|---|---|---|---|---|
| 15883 1/2016 | WV GAS | 515883 RI | 1.34 | (PUL96H1) .02869200 | Ritchie, WV 72,695.90 2,085.79 | 97,160.19 2,787.72 | 2,736.65 78.52 | 32,767.00 940.15 | 61,656.56 1,769.05 |
| 15884 1/2016 | WV GAS | 515884 RI | 1.34 | (PUL96H2) .01744825 | Ritchie, WV 61,281.80 1,069.26 | 81,905.06 1,429.10 | 2,306.82 40.25 | 27,622.30 481.96 | 51,975.99 906.89 |
| 15885 1/2016 | WV GAS | 515885 RI | 1.34 | (PUL96H3) .02869200 | Ritchie, WV 87,515.00 2,510.98 | 116,966.05 3,355.99 | 3,294.65 94.53 | 39,446.50 1,131.80 | 74,224.87 2,129.66 |
| 15886 1/2016 | WV GAS | 515886 RI | 1.34 | (PUL96H4) .02869200 | Ritchie, WV 69,619.10 1,997.51 | 93,046.84 2,669.70 | 2,620.94 75.20 | 31,380.20 900.36 | 59,045.73 1,694.14 |
| 15887 1/2016 | WV GAS | 515887 RI | 1.34 | (PUL96H5) .01744825 | Ritchie, WV 88,850.20 1,550.28 | 118,750.59 2,071.99 | 3,344.75 58.36 | 40,048.10 698.77 | 75,357.70 1,314.86 |
| 15888 1/2016 | WV GAS | 515888 RI | 1.34 | (PUL96H6) .02869200 | Ritchie, WV 53,681.20 1,540.22 | 71,745.44 2,058.52 | 2,020.77 57.98 | 24,195.90 694.23 | 45,528.72 1,306.31 |
| | | Gross Totals: Net Totals: | | | 433,643.20 10,754.04 | 579,574.17 14,373.02 | 16,324.58 404.84 | 195,460.00 4,847.27 Check Amount: | 367,789.57 9,120.91 9,120.91 |

irect any questions to Land Administration at the address/phone above.

**EXHIBIT 2**