IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**ARNOLD K. RICHARDS and**
**MARY L. RICHARDS, his wife,**

 Plaintiffs,

v.                                              Civil Action No.  1:17-CV-50-IMK

 **EQT PRODUCTION COMPANY,**
 A Pennsylvania Corporation,

 Defendant.

## STIPULATION OF LEASE LANGUAGE

NOW COME the Plaintiffs, Arnold K. Richards and Mary L. Richards, his wife, by counsel, Scott A. Windom, Rodney C. Windom and Windom Law Offices, PLLC, and Defendant EQT Production Company by counsel, David K. Hendrickson, Carl Fletcher and Hendrickson & Long, PLLC, pursuant to LR Civ. P. 7.01, and hereby jointly stipulate and agree that the subject oil and gas leases in this matter contain the language and strike-through amendments as set forth on the attached exhibits 1, 2 and 3.

**STIPULATED AND AGREED TO BY:**

 /s/ Scott Windom_____
Rodney C. Windom, Esq. (WV Bar #4091)
Scott A. Windom, Esq. (WV Bar #7812)
**Windom Law Offices, PLLC**
101 E. Main Street
Harrisville, West Virginia 26362
(304) 643-4440
(304) 643-2947 *fax*
rwindom@windomlawoffices.com
swindom@windomlawoffices.com
Counsel for Plaintiffs

   */s/ David K. Hendrickson*
David K. Hendrickson (WV Bar #1678)
**Hendrickson & Long PLLC**
214 Capitol St.
Charleston, WV   25301
304-346-5500 (Main) 304-346-5515 (Fax)
daveh@handl.com
Counsel for Defendant