FILED

AUG 27 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ARNOLD K. RICHARDS and
MARY L. RICHARDS, his wife,

Plaintiffs,

v.

CIVIL ACTION NO. 1:17cv50
(Hon. Irene M. Keeley)

EQT PRODUCTION COMPANY,

Defendant.

## ORDER REGARDING STIPULATION OF ENLARGEMENT OF TIME

This day came the parties, by counsel, to advise the Court that they have agreed upon and stipulated to a one-day extension of the time within which the parties may exchange and submit trial exhibit binders.  Based upon the parties' agreement and consent to the same, this Court hereby ORDERS that the time within which the parties may exchange and submit trial exhibit binders shall be extended from August 27, 2018, to and including August 28, 2018.

The Court directs the Clerk to send a copy of this Order to counsel of record.

ENTERED: _August 27, 2018_

Irene M. Keeley
United States District Judge