# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### CLARKSBURG DIVISION

**ARNOLD K. RICHARDS and**
**MARY L. RICHARDS, his wife,**

 **Plaintiffs,**

**v.**                                                              **Civil Action No.  1:17-CV-50-IMK**

**EQT PRODUCTION COMPANY,**
**A Pennsylvania Corporation,**

 **Defendant.**

## AMENDED DESIGNATION OF JOINT EXHIBITS

| **Exhibit No.** | **Description** |
|---|---|
| Defendant's 2 and Plaintiffs' 1 | The 92 acre, *more or less*, tract leased between Ruby Dotson, et al., as lessor, to J.E. Richards as lessee, by oil and gas lease dated December 5, 1951, of record in the office of the Clerk of the County Commission of Ritchie County, West Virginia, in Lease Book 80 at page 445. |
| Defendant's 3 and Plaintiffs' 2 | The 98 acre, *more or less*, tract leased between Pearl Hutchinson, et al., as lessor, to J.E. Richards as lessee, by oil and gas lease dated December 5, 1951, of record in the office of the Clerk of the County Commission of Ritchie County, West Virginia, in Lease Book 80 at page 447. |
| Defendant's 1 and Plaintiffs' 3 | The 74 acre, *more or less*, tract leased between A.H. Hodge, et ux., as lessor, to J.E. Richards as lessee, by oil and gas lease dated December 1, 1951, of record in the office of the Clerk of the County Commission of Ritchie County, West Virginia, in Lease Book 80 at page 449. |

| **Exhibit No.** | **Description** |
|---|---|
| Defendant's 5 and Plaintiffs' 4 | *Amendment and Ratification of Oil and Gas Lease* dated September 17, 2014, of record in the said Clerk's office in Lease Book 277 at page 973. |
| Defendant's 6 and Plaintiffs' 5 | *Amendment and Ratification of Oil and Gas Lease* dated September 17, 2014, of record in the said Clerk's office in Lease Book 277 at page 976. |
| Defendant's 4 and Plaintiffs' 6 | *Amendment and Ratification of Oil and Gas Lease* dated September 17, 2014, of record in the said Clerk's office in Lease Book 277 at page 949. |
| Plaintiffs' 7 | Redline version of 92 acre lease – Stipulated (Dkt. No. 51). |
| Plaintiffs' 8 | Redline version of 98 acre lease – Stipulated (Dkt. No. 51). |
| Plaintiffs' 9 | Redline version of 74 acre lease – Stipulated (Dkt. No. 51). |
| Defendant's 7 and Plaintiffs' 12 | The Plaintiffs' Royalty Statements from the Defendant (horizontal wells). |
| Plaintiffs' 13 | The Plaintiffs' Royalty Statements from the Defendant (vertical wells). |
| Defendant's 21 | Accounting Summary Spreadsheet. |
| Joint Exhibit 13 | 1099's from EQT Production Company to Arnold and Mary Richards for 2016 and 2017. |
| Defendant's 21-A | TETCO M2 Pricing, Nov. 2016-Aug. 1, 2018. |
| Defendant's 21-B | "Gas Tab" from Exhibit 21. |
| Defendant's 9, 9A, 9B and 9C | Wire transfers from November 2016 through July 2018, marked "Confidential" and provided pursuant to the Court's Protective Order. |

| Defendant's 10 | Bank statements showing deposits of wire transfer payments to EQT Production Company accounts, marked "Confidential" and provided Pursuant to the Court's Protective Order. |
|---|---|
| Defendant's 11 | Severance Tax Returns from November 2016 through June 2018, marked "Confidential" and provided pursuant to the Court's Protective Order. |
| Defendant's 12 | Bank statements showing payment of severance taxes, marked "Confidential" and provided pursuant to the Court's Protective Order. |
| Defendant's 13 | Well Production Summary |

Respectfully Jointly Submitted By:

EQT PRODUCTION COMPANY,          ARNOLD K. RICHARDS and
By counsel,                      MARY L. RICHARDS,
                                 By counsel,


/s/ David Hendrickson_____      _/s/ Scott A. Windom_____
David K. Hendrickson (WVSB #1678)         Scott A. Windom (WVSB # 7812)
HENDRICKSON & LONG, PLLC                  Rodney C. Windom (WVSB # 4091)
Post Office Box 11070                     WINDOM LAW OFFICES, PLLC
Charleston, West Virginia  25339          101 East Main Street
Telephone: (304) 346-5500                 Harrisville, WV 26362
Facsimile: (304) 346-5515                 Telephone: (304) 643-4440
daveh@handl.com                           Facsimile: (304) 643-2947
                                          swindom@windomlawoffices.com
                                          rwindom@windomlawoffices.com