# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ARNOLD K. RICHARDS and**
**MARY L. RICHARDS, his wife,**

    **Plaintiffs,**

v.                                                   Civil Action No.   1:17-CV-50-IMK

**EQT PRODUCTION COMPANY,**
A Pennsylvania Corporation,

    **Defendant.**

## NOTICE OF DEPOSITION OF JOHN BERGONZI

Plaintiffs, Arnold K. Richards and Mary L. Richards, by counsel, Scott A. Windom, Windom Law Offices, PLLC; will take the deposition of **John Bergonzi** on **September 12, 2018**, beginning at **2:00 p.m.**, at Planet Depos – Pittsburgh, located at 310 Grant Street, Suite 3212, Pittsburgh, PA   15219.

The deposition will be taken before a person authorized by law to administer oaths. The deposition shall be taken for any and all purposes allowed by the Federal Rules of Civil Procedure and will continue until complete. You are invited to attend to protect your interest, if any.

                                       **ARNOLD K RICHARDS & MARY L. RICHARDS**
                                       **By Counsel:**

                                       */s/ Scott Windom*
                                       **SCOTT A. WINDOM, ESQ.**
                                       **Windom Law Offices, PLLC**
                                       101 East Main Street
                                       Harrisville, West Virginia 26362
                                       Telephone: 304-643-4440
                                       FAX: 304-643-2947
                                       W. Va. State Bar No. 7812

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ARNOLD K. RICHARDS and**
**MARY L. RICHARDS, his wife,**

    Plaintiffs,

v.   Civil Action No.   1:17-CV-50-IMK

**EQT PRODUCTION COMPANY,**
A Pennsylvania Corporation,

    Defendant.

## CERTIFICATE OF SERVICE

I, Scott A. Windom, counsel for Plaintiffs, Arnold K. Richards and Mary L. Richards, do hereby certify that I have served a true and accurate copy of the foregoing "*Notice of Deposition of John Bergonzi"* was served on the following this **11th** day of **September, 2018**, by using the CM/ECF which will send notification of such filing to the following CM/ECF participants:

David K. Hendrickson (WV Bar #1678)
Barbie Samples
HENDRICKSON & LONG PLLC
214 Capitol St.
Charleston, WV 25301
304-346-5500 (Main) 304-346-5515 (Fax)
daveh@handl.com
bsamples@handlcom

                                                          /s/  Scott  Windom
                                          **SCOTT A. WINDOM, ESQ.**
                                          **Windom Law Offices, PLLC**
                                          101 East Main Street
                                          Harrisville, West Virginia   26362
                                          Telephone:   (304) 643-4440
                                          FAX:   (304) 643-2947
                                          W. Va. State Bar No. 7812
                                          **COUNSEL FOR PLAINTIFFS,**
                                          **ARNOLD K. RICHARDS & MARY L. RICHARDS**