IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

**FILED**

SEP 2 0 2018

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

**ARNOLD K. RICHARDS and**
**MARY L. RICHARDS, his wife,**

**Plaintiffs,**

v.                                                    Civil Action No.  1:17-CV-50-IMK

**EQT PRODUCTION COMPANY,**
**A Pennsylvania Corporation,**

**Defendant.**

## VERDICT FORM

1. Do you find by a preponderance of the evidence that EQT Production Company has breached the terms of the Leases by failing to pay the Richardses the full amount of royalties due?

   __X__ Yes    _____ No.

   If you answered "Yes" to question number 1, please answer question number 2.

   If you answered "No" to question number 1, please have the foreperson sign the verdict form and notify the court security officer.

2. If you have found, by a preponderance of the evidence, that the Richardses have prevailed on their breach of contract claim, the parties agree that the Richardses are entitled to damages in an amount not to exceed $191,998.61. The Richardses are entitled to damages in the following amount:

   $ _191,998.61_

   Please have the foreperson sign the verdict form and notify the court security officer.

Dated: _9/20/2018_